NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**In re:  JAMES GELSIN MARX,**
*Appellant*

_____

2020-1207

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/231,348.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the unopposed motion of James Gelsin Marx to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is withdrawn.

(2)  The parties shall bear their own costs.

FOR THE COURT

April 4, 2022                          /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE:  April 4, 2022